UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON SENSIBAUGH, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>EF INSTITUTE FOR CULTURAL EXCHANGE, INC.,<br><br>     Defendant. | No. 1:21-cv-11923<br><br>Judge Mark L. Wolf |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shannon Sensibaugh hereby dismisses this action Defendant EF Institute for Cultural Exchange, Inc. without prejudice.

Dated:  February 25, 2022          Respectfully submitted,

                             */s/ Guillaume Buell*
                             Guillaume Buell (BBO# 676566)
                             **THORNTON LAW FIRM LLP**
                             1 Lincoln Street
                             Boston, MA 02111
                             Telephone: (617) 531-3933
                             Fax: (617) 720-2445
                             Email: gbuell@tenlaw.com

                             *Counsel for Plaintiff*